**DannLaw**
Javier L. Merino, Esq.
1 Meadowlands Plaza
Suite 200
East Rutherford, NJ 07073
(201) 355-5440
Email: notices@dannlaw.com
*Attorneys for Plaintiff Anna Mannarino*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANNA MANNARINO, <br><br> Plaintiff, <br><br> v. <br><br> OCWEN LOAN SERVICING, LLC, <br><br> Defendant. | Civil Action No. 3:17-cv-02564 (PGS/DEA) <br><br><br> **CERTIFICATE OF SERVICE** |

    I hereby certify that on August 31, 2017, I caused a true and correct copy of **BRIEF OF PLAINTIFF IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS ALL COUNTS OF PLAINTIFF ANNA MANNARINO'S COMPLAINT** to be served *via* ECF on**:**

    DUANE MORRIS LLP
    Brett L. Messinger
    Stuart I. Seide
    Steven T. Knipfelberg
    One Riverfront Plaza
    1037 Raymond Blvd., Suite 1800
    Newark, NJ 07102-5429
    *Attorneys for Defendant Ocwen Loan Servicing, LLC*

Dated: August 31, 2017 *Respectfully submitted,*

/s/ *Javier L. Merino*

Javier L. Merino
DannLaw
1 Meadowlands Plaza, Suite 200
East Rutherford, New Jersey 07073
201-355-3440 - Direct
216-373-0539 – Main Office
216-373-0536 - Fax
notices@dannlaw.com