# Duane Morris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
TAIWAN
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY

ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS

ALLIANCES IN MEXICO
AND SRI LANKA

STEVEN T. KNIPFELBERG
DIRECT DIAL: +1 973 424 2019
PERSONAL FAX: +1 973 556 1571
E-MAIL: stknipfelberg@duanemorris.com

www.duanemorris.com

May 16, 2018

**VIA ECF**

Hon. Douglas E. Arpert
U.S. District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    **Mannarino v. Ocwen Loan Servicing, LLC**
             **Case No. 17-cv-02564-PGS-DEA**

Dear Judge Arpert:

    My office represents Defendant Ocwen Loan Servicing, LLC ("Ocwen") in the above-referenced matter. An Initial Conference before Your Honor is currently scheduled on May 29, 2018. I have a planned vacation with family in Nashville, Tennessee from May 28-31 and respectfully request to attend the conference telephonically or, in the alternative, a one-week adjournment of the conference date. Plaintiff's counsel has consented to this request.

    We thank the Court for its kind attention to this matter.

                                                                        Respectfully,

                                                                       *s/ Steven T. Knipfelberg*

                                                                       Steven T. Knipfelberg

STK:tjs
cc: Javier L. Merino, Esq. (via ecf)

DUANE MORRIS LLP   A DELAWARE LIMITED LIABILITY PARTNERSHIP         GREGORY R. HAWORTH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800         PHONE: +1 973 424 2000   FAX: +1 973 424 2001
NEWARK, NJ 07102-5429